UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 25-CR-356 (JPO) |
| STEPHEN JACQUES-SCOTT, | ORDER |
| Defendant. | |

J. Paul Oetken, District Judge:

The C.J.A. attorney previously appointed in this case, Richard Palma, is hereby relieved as counsel. C.J.A. attorney David Wikstrom is hereby appointed to represent the defendant.

SO ORDERED

Dated: October 22, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge