LAW OFFICES

# DAVID WIKSTROM

250 WEST 55TH STREET, 17TH FLOOR

NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM

WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511

FACSIMILE: (212) 248-2866

December 15, 2025

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Centre St.
New York, NY 10007

　　　　　　　　Re:  United States v. Stephen Jacques-Scott
　　　　　　　　　　　25 CR 356 (JPO)

Dear Judge Oetken:

　　　　By this letter I respectfully move for a continuance of the status conference presently scheduled for December 17, 2025. The Government, by Assistant United States Attorney Varun Gumaste, consents to the application.

　　　　I was appointed to replace Mr. Jacques-Scott's previous counsel, Richard Palma, on October 22, 2025. Since that time, I have received all of the discovery Mr. Palma had been given, but only a portion of the more recently-accessed material (e.g., cellphone downloads). I am reviewing the materials I have regularly with Mr. Jacques-Scott. But since we have not yet received, let alone reviewed, the entirety of the material, very little of substance can be accomplished at this week's conference, other than the court hearing my request for additional time.

　　　　Accordingly, I respectfully request that the conference set for December 17, 2025 be adjourned for 30 days, to January 16, 2026. The Defendant consents to the exclusion of any resulting period of delay from calculation under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A).

Granted.  The December 17, 2025 pretrial conference is adjourned as to Mr. Jacques-Scott to January 16, 2026, at 12:00 pm.  The Court hereby excludes time through January 16, 2026, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.
　So ordered:
　12/16/2025

Respectfully submitted,

David Wikstrom

_____
J. PAUL OETKEN
United States District Judge